ACCEPTED
14-15-00047-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 1:28:05 PM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00047-CR

| | | |
|---|---|---|
| **MARQUISE LAWRENCE ROBINSON** | § | **IN THE COURT OF APPEALS** |
| | § | FILED IN 14th COURT OF APPEALS HOUSTON, TEXAS 4/29/2015 1:28:05 PM CHRISTOPHER A. PRINE Clerk |
| **VS.** | | **FOURTEENTH DISTRICT** |
| | § | |
| **STATE OF TEXAS** | | **OF TEXAS AT HOUSTON** |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT OF APPEALS:**

Comes now, J. Celeste Blackburn, counsel in the above-styled appeal and requests permission to withdraw as counsel.

### I.

J. Celeste Blackburn was appointed to represent Appellant by the 228th Judicial District Court of Harris County, Texas.

### II.

Undersigned counsel has conducted a diligent review of the record and pertinent case law, and counsel finds the appeal to be wholly frivolous. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969) in which counsel relates that she has diligently searched the record and has failed to find any meritorious points on appeal.

## III.

Counsel has provided Appellant, by United States Mail, a copy of the brief filed in this case, along with a letter outlining Appellant's rights under *Anders*. Additionally, Counsel has provided Appellant a true, correct, and complete copy of the record on appeal pursuant to *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

## IV.

Counsel will provide Appellant a copy of this Motion to Withdraw contemporaneously with filing of said motion.

## V.

For the above reasons, counsel respectfully requests that this Court grant this motion pursuant to *Meza v. State*, 206 S.W.3d 684, 689 (Tex. Crim. App. 2006)(holding that courts of appeals have jurisdiction and authority to grant a motion to withdraw that accompanies an *Anders* brief whenever they find that appellate counsel has exercised professional diligence in assaying the record for error and the court agrees the appeal is frivolous).

Respectfully Submitted,

**CELESTE BLACKBURN**
Attorney at Law
333 N. Rivershire Drive; Suite 285
Conroe, Texas  77304
Texas State Bar Number: 24038803
Telephone: 936.703.5000
celesteblackburn@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed via U.S. mail to Appellee's attorney at the following address on April 30, 2015:

Alan Curry
Assistant District Attorney
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, Texas 77002

I also certify that a copy of the foregoing instrument has been mailed via U.S. Mail to Appellant at the following address on April 30, 2015:

Marquise Lawrence Robinson
#01973693
Alfred Hughes Unit
Route 2 Box 4400
Gatesville, Texas 76597

CELESTE BLACKBURN
Attorney at Law
333 N. Rivershire Dr., Suite 285
Conroe, Texas 77304
Texas State Bar #: 24038803
Telephone: 936.703.5000
celesteblackburn@gmail.com

4